UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERT NAJERA, *et al.*,<br><br>        Defendants. | 1:20-cv-00234-JDP<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Steven R. Miller is a federal prisoner proceeding pro se in this civil rights action under *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971). Plaintiff has not paid the $400.00 filing fee, or submitted the required application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, it is hereby ordered that:

1. The clerk's office shall send plaintiff an application to proceed in forma pauperis.

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: February 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.