1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN R. MILLER,                    Case No. 20-cv-00234-JDP (PC)

12              Plaintiff,                ORDER GRANTING APPLICATION
                                          TO PROCEED IN FORMA
13        v.                              PAUPERIS

14   ALBERT NAJERA, *et al.*,             ECF No. 4

15              Defendants.               ORDER DIRECTING PAYMENT
                                          OF INMATE FILING FEE BY THE
16                                        FEDERAL CORRECTIONAL
                                          INSTITUTION ("FCI"), TERMINAL
17                                        ISLAND

18

19

20        Plaintiff is a federal prisoner proceeding without counsel pursuant in this civil rights

21   action brought under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).  Plaintiff has

22   requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made

23   the showing required by § 1915(a) and, accordingly, the request to proceed in forma pauperis will

24   be granted.

25        Plaintiff is still obligated to pay the statutory filing fee of $350.00 for this action.  28

26   U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

27   percent of the preceding month's income credited to plaintiff's trust account.  FCI Terminal

28   Island is required to send to the Clerk of the Court payments from plaintiff's account each time

                                            1

the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, it is hereby ordered that:

1. Plaintiff's application to proceed *in forma pauperis* is granted;

2. The warden of FCI Terminal Island or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner=s trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the warden of FCI Terminal Island, via United States Postal Service.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated: ___April 11, 2020___                    _____
                                                               UNITED STATES MAGISTRATE JUDGE


No. 205.

2