UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT NAJERA, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00234-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS DUPLICATIVE OF CASE NUMBER 1:19-CV-01077-AWI-BAM<br><br>THIRTY-DAY DEADLINE |

Plaintiff Steven R. Miller is a federal prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

A plaintiff has "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977). To see whether an action is duplicative, we "examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 689 (9th Cir. 2007).

This action appears duplicative of case number 1:19-cv-01077-AWI-BAM—a case with the same subject matter, causes of action, relief, and parties. We therefore give plaintiff thirty days to show cause why this action should not be dismissed as duplicative. If plaintiff filed this new complaint in error, he should voluntarily dismiss this separate action. If plaintiff does not file a response, we will recommend that this action be dismissed.

1

IT IS SO ORDERED.

Dated:   April 13, 2020

                                  UNITED STATES MAGISTRATE JUDGE

No. 205.