UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT NAJERA, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00234-NONE-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN INDEFINITE EXTENSION<br><br>ECF No. 12<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE BE DISMISSED AS DUPLICATIVE OF CASE NUMBER 1:19-CV-01077-AWI-BAM<br><br>OBJECTIONS DUE IN THIRTY DAYS |

    Plaintiff Steven R. Miller is a federal prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). On April 13, 2020, the court ordered that plaintiff show cause why this case should not be dismissed as duplicative of case number 1:19-CV-01077-AWI-BAM. ECF No. 7. On May 18, 2020, plaintiff asked for an indefinite extension of time to respond, citing lockdowns resulting from COVID-19. ECF No. 8. The court granted plaintiff an additional 60 days. ECF No. 11. On July 17, 2020, plaintiff again moved for an indefinite extension of time, citing ongoing COVID-19 lockdowns that hinder legal research. ECF No. 12.

    While the court is sympathetic to the difficulties imposed by ongoing lockdowns, these circumstances do not warrant additional time. Plaintiff's complaint in this case appears nearly

1  identical to his first amended complaint in case number 1:19-CV-01077-AWI-BAM.  *Compare*
2  ECF No. 4 in Case No. 1:19-CV-01077-AWI-BAM *with* ECF No. 1 in Case No. 1:20-cv-
3  00234-NONE-JDP.  If plaintiff has an explanation for why he is pursuing the same complaint
4  in two separate cases, he should be able to offer that explanation without extensive legal
5  research.  Moreover, plaintiff will still have another chance to offer such an explanation in his
6  objections to this order.  Plaintiff's motion for an extension, ECF No. 12, therefore lacks good
7  cause and is denied.

       The court also recommends that this case be dismissed as duplicative.  As mentioned in the court's order to show cause, ECF No. 7, a plaintiff has "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant."  *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977).  To see whether an action is duplicative, we "examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same."  *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 689 (9th Cir. 2007).  As noted above, this action appears nearly identical to that in case number 1:19-cv-01077-AWI-BAM—a case with the same subject matter, causes of action, relief, and parties.

       We submit these findings and recommendations to the district judge presiding over this case under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within 30 days of the date of service of the findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:     July 23, 2020               _____
                                        UNITED STATES MAGISTRATE JUDGE


No. 205.