UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT NAJERA, *et al.*,<br><br>　　　　　Defendants. | No. 1:20-cv-00234-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS CASE BE DISMISSED AS DUPLICATIVE OF CASE 1:19-cv01077-AWI-BAM<br><br>(Doc. No. 13)<br><br>ORDER CLOSING CASE |

　　　　Plaintiff Steven R. Miller is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 24, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed as duplicative of Case No. 1:19-CV-01077-AWI-BAM.  (Doc. No. 13.)  Those findings and recommendations were served on plaintiff, and contained notice that objections were due within thirty (30) days.  (*Id.* at 2.)  Plaintiff objected on August 28, 2020.  (Doc. No. 14.)

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. In his objections, plaintiff first claims that the first amended complaint in this case was filed in error in this action. (Doc. No. 14 at 1.) Even assuming this to be the case, plaintiff's original complaint filed in this action is substantially identical to the amended complaint plaintiff claims was erroneously docketed in this case. Plaintiff also attempts in his objections to draw distinctions between this case and his other pending action before this court, 1:19-cv01077-AWI-BAM, but any such distinctions are so minor that they do not change the ultimate outcome, namely that the claims in this case and those presented by plaintiff in 1:19-cv01077-AWI-BAM are effectively the same.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 24, 2020 (Doc .No. 13), are adopted in full;
2. The complaint in this case is dismissed as duplicative of Case No. 1:19-cv01077-AWI-BAM;
3. The Clerk of Court is directed to close this duplicative case.

IT IS SO ORDERED.

Dated:   **September 18, 2020**

UNITED STATES DISTRICT JUDGE